**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6468**

---

STEWART LINWOOD PERSINGER,

                                        Petitioner - Appellant,

        versus

LONNIE M. SAUNDERS; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge. (CA-95-426-R)

---

Submitted:  August 22, 1996          Decided:  September 4, 1996

---

Before RUSSELL, HALL, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Stewart Linwood Persinger, Appellant Pro Se.  Robert Beman Beasley, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Persinger v. Saunders</u>, No. CA-95-426-R (W.D. Va. Mar. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>